NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MAURICE E. CLIMES,                       )
                                         )
            Appellant,                   )
                                         )
v.                                       )        Case No. 2D17-5046
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
_____ )

Opinion filed May 2, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Philip J. Federico,
Judge.


PER CURIAM.


        Affirmed.  See Westberry v. State, 906 So. 2d 1141 (Fla. 3d DCA 2005);

Gutierrez v. State, 854 So. 2d 218 (Fla. 3d DCA 2003); Middleton v. State, 721 So. 2d

792 (Fla. 3d DCA 1998).


NORTHCUTT, KELLY, and LUCAS, JJ., Concur.